# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr328

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CRISOFORO LOPEZ-TIRADO. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's oral Motion to Continue. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's oral Motion to Continue is **GRANTED,** and the court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as trial is scheduled less than 30 days from arraignment and appointment of counsel, and failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Signed: November 7, 2011

Max O. Cogburn Jr.
United States District Judge